1  JAMES HUNT MILLER (CA BAR # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610
   P:(510) 451-2132
3  F:(510) 451-0824
   e:jimillaw@rcn.com
4
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD THOMAS FOX, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOANNE B. BARNHART, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | C 05-03930 EMC <br><br> STIPULATION AND ORDER <br> FOR EXTENSION OF TIME <br> IN WHICH TO FILE PLAINTIFF'S <br> MOTION FOR SUMMARY <br> JUDGMENT AND/OR REMAND <br><br> ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from August 16, 2006 (including days for service) to September 15, 2006, in which to file his Motion for Summary Judgment and/or Remand. This is Plaintiff's first request for an extension for this filing.

DATE: 08/16/06          /s/_____
                        James Hunt Miller
                        Attorney for Plaintiff

*plf's extn – fox v. ssa C-05-3930 EMC*                                              1

| | | |
|---|---|---|
| 1 | DATE: 8/16/06 | Kevin V. Ryan<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/[1]_____ |
| 4 | | Sara Winslow<br>Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: ____August 17, 2006_____  _____
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---

[1] This is as communicated by facsimile to the filer. The original (with hand signature) of this is held by the signer.

*plf's extn – fox v. ssa C-05-3930 EMC*     2