UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD THOMAS FOX,

        Plaintiff,

    v.

SOCIAL SECURITY ADMINISTRATION,

        Defendant.
_____/

No. C-05-3930 EMC

**ORDER REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

    On September 15, 2008, the Ninth Circuit issued an order vacating this Court's judgment (entered on January 25, 2007) and granting the parties' joint motion for attorney's fees and for remand. The Ninth Circuit also instructed this Court to remand the case to the Commissioner of Social Security for further administrative proceedings. Accordingly, the case is hereby **REMANDED**.

    IT IS SO ORDERED.

Dated: June 16, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge